MICHAEL WAKULEWICZ, PETITIONER-RESPONDENT, v. CITY OF PASSAIC, RESPONDENT-PETITIONER.

See same case below: 7 *N. J. Super.* 129.

*Mr. Henry M. Grosman* and *Mr. Isidor Kalisch* for the petitioner.

*Mr. Manfield G. Amlicke, Mr. Isadore Rabinowitz* and *Mr. Nathan Rabinowitz* for the respondent.

September 11, 1950.   Denied.

MARY G. BACON, INDIVIDUALLY, ETC., PLAINTIFF-RESPONDENT, v. JACOB D. BACON, DEFENDANT-PETITIONER.

See same case below: 7 *N. J. Super.* 182.

*Messrs. Feder & Rinzler* and *Mr. Jack Rinzler* for the petitioner.

*Messrs. Stoffer & Jacobs* for the respondent.

September 11, 1950.   Granted.